**Order filed, April 12, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00030-CR

_____

**FLOYD EARL SHERWOOD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 272nd District Court**
**Brazos County, Texas**
**Trial Court Cause No. 17-05339-CRF-272**

## ORDER

The reporter's record in this case was due **February 5, 2019**. *See* Tex. R. App. P. 35.1. On February 6, 2019, this court granted the court reporters' extension to file the record until **March 7, 2019**. On March 7, 2019, this court granted a second extension of time to file the record until **April 5, 2019**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kaetheryne Kyriell, Terri Robason, and Denise Philips**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Kaetheryne Kyriell, Terri Robason, and Denise Philips** do not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM